**Expedi Inc**
8844 N Sam Houston W Pkwy
Ste 210
Houston, TX 77064

**paylocity**

Direct Deposit Advice

| | Check Date | Voucher Number |
|---|---|---|
| | February 18, 2022 | 3575 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| WELLS FARGO | C | ***4320 | 4,865.20 |
| **Total Direct Deposits** | | | **4,865.20** |

137199  1100-HOUTXHQ  280  3575  3498  137199
Jade Tran
1030 Westminister Avenue
Murphy, TX 75094

**Non Negotiable - This is not a check - Non Negotiable**

Expedi Inc

**Jade Tran**                                                                                          **Earnings Statement**

| | | | | | | |
|---|---|---|---|---|---|---|
| Employee ID | 280 | Fed Taxable Income | 6,749.14 | Check Date | February 18, 2022 | Voucher Number 3575 |
| Location | 1100-HOUTXH | Fed Filing Status | S-0 | Period Beginning | January 30, 2022 | Net Pay 4,865.20 |
| Salary | $7,115.39 | State Filing Status | | Period Ending | February 12, 2022 | Total Hours Worked 68.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Floating H | 88.94 | 8.00 | 711.52 | 711.52 |
| Holiday | | | | 1,423.04 |
| Regular | 88.94 | 68.00 | 6,048.11 | 25,259.72 |
| Vacation | 88.94 | 4.00 | 355.76 | 1,067.28 |
| **Gross Earnings** | | **80.00** | **7,115.39** | **28,461.56** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 1,345.86 | 5,383.44 |
| MED | 101.99 | 407.96 |
| SS | 436.09 | 1,744.36 |
| TX | 0.00 | 0.00 |
| **Taxes** | **1,883.94** | **7,535.76** |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 284.62 | 1,138.48 |
| Dental Ins | 5.97 | 23.88 |
| Medical Ins | 75.66 | 302.64 |
| **Deductions** | **366.25** | **1,465.00** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| WELLS FARGO BANK NA | C | ***4320 | 4,865.20 |
| **Total Direct Deposits** | | | **4,865.20** |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| Floating | 16.00 | 8.00 |
| Sick | 6.15 | 0.00 |
| Vacation | 28.65 | 8.00 |

Expedi Inc | 8844 N Sam Houston W Pkwy Ste 210  Houston, TX 77064 | (833) 397-3344 | FEIN: 82-5047697 | TX: 15-907597-4

**Expedi Inc**
8844 N Sam Houston W Pkwy
Ste 210
Houston, TX 77064

**paylocity**

Direct Deposit Advice

| | Check Date | Voucher Number |
|---|---|---|
| | March 4, 2022 | 3763 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| WELLS FARGO | C | ***4320 | 4,865.20 |
| **Total Direct Deposits** | | | **4,865.20** |

137199  1100-HOUTXHQ  280 3763 3695      137199
Jade Tran
1030 Westminister Avenue
Murphy, TX 75094

## Non Negotiable - This is not a check - Non Negotiable

### Expedi Inc

**Jade Tran**                                                                                                    **Earnings Statement**

| Employee ID | 280 | Fed Taxable Income | 6,749.14 | Check Date | March 4, 2022 | Voucher Number | 3763 |
| Location | 1100-HOUTXH | Fed Filing Status | S-0 | Period Beginning | February 13, 2022 | Net Pay | 4,865.20 |
| Salary | $7,115.39 | State Filing Status | | Period Ending | February 26, 2022 | Total Hours Worked | 80.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Floating H | | | | 711.52 |
| Holiday | | | | 1,423.04 |
| Regular | 88.94 | 80.00 | 7,115.39 | 32,375.11 |
| Vacation | | | | 1,067.28 |
| **Gross Earnings** | | **80.00** | **7,115.39** | **35,576.95** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 1,345.86 | 6,729.30 |
| MED | 101.99 | 509.95 |
| SS | 436.09 | 2,180.45 |
| TX | 0.00 | 0.00 |
| **Taxes** | **1,883.94** | **9,419.70** |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 284.62 | 1,423.10 |
| Dental Ins | 5.97 | 29.85 |
| Medical Ins | 75.66 | 378.30 |
| **Deductions** | **366.25** | **1,831.25** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| WELLS FARGO BANK NA | C | ***4320 | 4,865.20 |
| **Total Direct Deposits** | | | **4,865.20** |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| Floating | 16.00 | 8.00 |
| Sick | 7.69 | 0.00 |
| Vacation | 33.27 | 8.00 |

**Expedi Inc**
8844 N Sam Houston W Pkwy
Ste 210
Houston, TX 77064

Direct Deposit Advice

paylocity

Check Date: March 18, 2022

Voucher Number: 3949

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| WELLS FARGO | C | ***4320 | 2,061.43 |
| Total Direct Deposits | | | 2,061.43 |

137199  1100-HOUTXHQ  280 3949 3881   137199

Jade Tran
1030 Westminister Avenue
Murphy, TX 75094

## Non Negotiable - This is not a check - Non Negotiable

### Expedi Inc

**Jade Tran**                                                                                               Earnings Statement

| | | | | |
|---|---|---|---|---|
| Employee ID | 280 | Fed Taxable Income | 2,650.68 | Check Date: March 18, 2022 |
| Location | 1100-HOUTXH | Fed Filing Status | S-0 | Period Beginning: February 27, 2022 |
| Salary | $7,115.39 | State Filing Status | | Period Ending: March 12, 2022 |

Voucher Number: 3949
Net Pay: 2,061.43
Total Hours Worked: 32.00

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Floating H | | | | 711.52 |
| Holiday | | | | 1,423.04 |
| Regular | 88.94 | 32.00 | 2,846.16 | 35,221.27 |
| Vacation | | | | 1,067.28 |
| Gross Earnings | | 32.00 | 2,846.16 | 38,423.11 |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 377.76 | 7,107.06 |
| MED | 40.09 | 550.04 |
| SS | 171.40 | 2,351.85 |
| TX | 0.00 | 0.00 |
| Taxes | 589.25 | 10,008.95 |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 113.85 | 1,536.95 |
| Dental Ins | 5.97 | 35.82 |
| Medical Ins | 75.66 | 453.96 |
| Deductions | 195.48 | 2,026.73 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| WELLS FARGO BANK NA | C | ***4320 | 2,061.43 |
| Total Direct Deposits | | | 2,061.43 |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| Floating | 16.00 | 8.00 |
| Sick | 7.69 | 0.00 |
| Vacation | 33.27 | 8.00 |

# gusto

## Earnings Statement

Pay period: Apr 1, 2022 - Apr 15, 2022  Pay Day: Apr 15, 2022
Jade Tran's bank account ( . . 1512): $3,471.99 WellsFargo ( . . . 4320): $3,471.99

**Company**
Concurrent Services, LLC
625 Ember Dr
Lavonia, GA 30553
404-895-3411

**Employee**
Jade Tran
XXX-XX-2507
1030 Westminister Ave
Murphy, TX 75094

A personal note from your employer:

Excited to have you onboard Jade!!

### Employee Earnings

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Salaried | $96.15 | 102.667 | $9,871.83 | $9,871.83 |
| Total Hours Worked | | 102.667 | | |
| Gross Earnings | | | $9,871.83 | $9,871.83 |

### Employee Taxes Withheld

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $2,172.66 | $2,172.66 |
| Social Security | $612.05 | $612.05 |
| Medicare | $143.14 | $143.14 |

### Employer Taxes

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $612.05 | $612.05 |
| Medicare | $143.14 | $143.14 |
| FUTA | $42.00 | $42.00 |
| TX SUTA | $243.00 | $243.00 |

### Employee Deductions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

### Employer Contributions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

### Summary

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $9,871.83 | $9,871.83 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $2,927.85 | $2,927.85 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $6,943.98 | $6,943.98 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $6,943.98 | $6,943.98 |