BTXN 112 (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Jade Phuong Tran § Case No.: 22−30743−mvl7
 § Chapter No.: 7
 Debtor(s) §

# ORDER APPROVING TRUSTEE REPORT AND DISCHARGING TRUSTEE

The Trustee appointed in the above listed case has filed the Trustee's Report. It is, therefore

**ORDERED** that the trustee be discharged.

DATED: 4/3/23       FOR THE COURT:
          Robert P. Colwell, Clerk of Court